**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DUNG TRAN, et al.,

Plaintiffs

v.

LIBERTY MUTUAL INSURANCE COMPANY,

Defendant

Case No.: 2:26-cv-01904-APG-DJA

**Order Deeming Order to Show Cause Satisfied**

In light of defendant Liberty Mutual Insurance Company's response to the order to show cause (ECF No. 9),

I ORDER that the order to show cause (ECF No. 4) is satisfied, and I will not remand the case to the state court for lack of subject matter jurisdiction.

DATED this 20th day of July, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE